PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
California State Bar No. 263027
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8963
Facsimile: (415) 744-0134
E-Mail: Sharon.Lahey@ssa.com

ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SETH ERIC FIRKUS, | CIVIL NO. 2:16-CV-00300-CMK |
| Plaintiff, | |
| vs. | STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT |
| CAROLYN W. COLVIN, Acting Commissioner Of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by the parties, Seth Eric Firkus (Plaintiff) and Carolyn W. Colvin, Acting Commissioner of Social Security (the Commissioner or Defendant), through their undersigned counsel, and with the approval of the Court, that the time for Defendant to respond to the complaint filed by Plaintiff in the above-entitled case shall be extended by 14 days.  The current deadline is August 16, 2016, and the new deadline will be August 30, 2016.  The Commissioner is in the process of preparing the certified administrative transcript for the above-captioned matter but requires additional time to finalize the certified administrative transcript and coordinate filing with defense counsel and the United States Attorney's Office.

1  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly

2  Date: August 16, 2016                              Respectfully submitted,

                                                     CERNEY KREUZE & LOTT LLP


                                                     By:  /s/  Shellie Lott
                                                     SHELLIE LOTT
                                                     Attorneys for Plaintiff
                                                     (As authorized by e-mail on August 15, 2016)

   Dated: August 16, 2016                            PHILLIP A. TALBERT
                                                     United States Attorney


                                                     By:  /s/ Sharon Lahey
                                                     SHARON LAHEY
                                                     Special Assistant U. S. Attorney

                                                     Attorneys for Defendant


## **ORDER**

   Pursuant to stipulation, good cause appearing, IT IS SO ORDERED.


   Dated:  August 16, 2016
                                                     _____
                                                     CRAIG M. KELLISON
                                                     UNITED STATES MAGISTRATE JUDGE

STIPULATION & PROPOSED ORDER                         CASE NO. 2:16-CV-00300-CMK