IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SETH ERIC FIRKUS,                               No.  2:16-cv-0300-CMK

        Plaintiff,

    vs.                                              ORDER

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
                                           /

        Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the court is a stipulation for an extension of time (Doc. 20) for plaintiff to file a motion for summary judgment. The parties have stipulated[1] that plaintiff's motion for summary

---

[1] Plaintiff is reminded that pursuant to Local Rule 137(b), a proposed order is required to be emailed (in Microsoft Word) to chambers in addition to filing the pdf version via the CM/ECF system.

1

judgment shall be filed on or before December 16, 2016, and all other deadlines are extended accordingly.

APPROVED AND SO ORDERED.

DATED:  December 14, 2016

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE