| | |
|---|---|
| 1 | **SHELLIE LOTT**, SBN: 246202 |
| 2 | Cerney Kreuze & Lott, LLP |
|   | 42 N. Sutter Street, Suite 400 |
| 3 | Stockton, California 95202 |
|   | Telephone: (209) 948-9384 |
| 4 | Facsimile: (209) 948-0706 |

SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

LINDA ZISKIN, SBN: 196293
Ziskin Law Office
PO Box 753833
Las Vegas, NV 89136
Telephone: (503) 889-0472
Facsimile: (888) 889-5776

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH ERIC FIRKUS, | No. 2:16-CV-00300-CMK |
| Plaintiff, | **MOTION TO WITHDRAW AS ATTORNEY** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security | |
| Defendant. | |

The above-captioned attorney, Linda S. Ziskin, hereby motions the Court to grant a withdrawal in this case. Attorney Ziskin can no longer represent Plaintiff, as she is entering government service as an Attorney-Advisor for Defendant, and has been directed by the agency

MOTION AND PROPOSED ORDER FOR ATTORNEY WITHDRAWAL           1

to withdraw from any open cases prior to beginning employment. Any continuing involvement by Attorney Ziskin with this case would constitute an unlawful conflict under 18 U.S.C. § 205.

Upon granting of this Motion, please remove Attorney Linda Ziskin from the ECF notification system for this case. Attorney Shellie Lott will remain as Counsel of Record and there will be no interruption of representation.

Respectfully submitted this 5th day of August, 2017.

*/s/Linda S. Ziskin*

LINDA S. ZISKIN
530-889-0472

|   |   |   |
|---|---|---|
| 1 | | UNITED STATES DISTRICT COURT |
| 2 | | EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| SETH ERIC FIRKUS, | CASE NO. 2:16-cv-00300-CMK |
| Plaintiff, | **ORDER** |
| v. | |
| NANCY A. BERRYHILL, | |
| Acting Commissioner of Social Security | |
| Defendant. | |

Plaintiff's Motion for Withdrawal of Attorney Ziskin is hereby GRANTED.

Dated: August 10, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE