# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH ERIC FIRKUS, | No. 2:16-CV-0300-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action under 42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security.

Pending before the court is plaintiff's motion (Doc. 22) to withdraw a previous motion for an extension of time to file his dispositive motion. Because plaintiff's motion for an extension of time has already been granted and because plaintiff has timely filed his dispositive motion, the motion to withdraw the previous motion is denied as moot.

IT IS SO ORDERED.

DATED: August 7, 2018

                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE